IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>BERT L. BLOOMFIELD,<br>Defendant. | Case No. 20–CR–40025–JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Bert L. Bloomfield's motion for extension of time to file § 2255. First, § 2255 itself provides no authority for the Court to grant a pre-motion extension of the one-year deadline for filing a § 2255 motion. *See Green v. United States*, 260 F.3d 78, 82-83 (2d Cir. 2001) (extension may be granted only after § 2255 motion filed). However, because the one-year deadline is procedural and not jurisdictional, a late filing may be excused at the time of filing by equitable tolling or estoppel. *United States v. Marcello*, 212 F.3d 1005, 1010 (7th Cir. 2000); *see Lombardo v. United States*, 860 F.3d 547, 551 (7th Cir. 2017); *Green*, 260 F.3d at 82-83. Under Seventh Circuit case law, even if equitable tolling is available, it requires "extraordinary circumstances far beyond the litigant's control...." *Marcello*, 212 F.3d at 1010. Nevertheless, the Court cannot grant a pre-filing extension.

Therefore, the Court DENIES Defendant Bert L. Bloomfield Motion for Extension of Time to File § 2255 (Doc. 52).

**IT IS SO ORDERED.**
**Dated: April 25, 2023**

/s/ J. Phil Gilbert
J. PHIL GILBERT
DISTRICT JUDGE